UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEXANDER MICHAEL DOMINIC MACDONALD | 1:24-mj-00065-JCN |

# COMPLAINT

The undersigned complainant, being duly sworn, states:

## COUNT ONE
### (Interference with Flight Crew or Attendant)

That on or about March 1, 2024, in the district of Maine and elsewhere, on an aircraft in the special aircraft jurisdiction of the United States, namely a flight from London, England to Newark, New Jersey, while traveling in United States airspace in and near the District of Maine, defendant

**ALEXANDER MICHAEL DOMINIC MACDONALD**

did knowingly interfere with the duties of a flight crew member or flight attendant of the aircraft and lessen the ability of the flight crew or attendant to perform those duties by intimidating a flight crew member or flight attendant; in violation of Title 49, United States Code, Section 46504.

## COUNT TWO
### (Assault)

That on or about March 1, 2024, while aboard an aircraft within the special aircraft jurisdiction of the United States, defendant

**ALEXANDER MICHAEL DOMINIC MACDONALD**

did commit assault, in violation of Title 18, United States Code, Section 113(a)(4) and

Title 49, United States Code, Section 46506(1).

This Complaint is based on the attached affidavit, which is incorporated herein by reference.

Dated: March 1, 2024

_____
Jose Rodriguez-Aguilar
Special Agent
Federal Bureau of Investigation

SWORN TO AND SUBSCRIBED before me
This 1st day of March 2024.

_____
LANCE E. WALKER
United States District Judge